FRANCIS LUCZAK and HELENA, his wife, respondents,

*v.*

JOHN MARIOVE and ILONE, his wife, appellants.

[Decided February 2d, 1922.]

On·appeal from a decree of the court of chancery advised by Vice-Chancellor Foster, whose opinion is reported in *92 N. J. Eq. 377.*

*Mr. John Q. Frey,* for the respondents.

*Mr. Otto A. Stiefel,* for the appellants.

PER·CURIAM.

· The decree appealed· from will be·· affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Foster.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, ˙BLACK, KATZENBACH, WHITE, WILLIAMS, GARDNER, VAN BUSKIRK—12.

*For reversal*—None.